UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL SAMUELS, as Administrator of
THE ESTATE OF ORLANDO SAMUELS,

                Plaintiff,

-vs-

COUNTY OF MONROE, THE MONROE COUNTY
SHERIFF'S DEPARTMENT, PATRICK O'FLYNN
as the Monroe County Sheriff, RONALD HARLING,
DEPUTY NEAL DESANTI, DEPUTY T. ROE,
DEPUTY A. LEISENRING, CORRECTIONAL
MEDICAL SERVICES, INC., MICHAEL LATUNJI, M.D.,
NURSE J. TRIESKY, NURSE A. HOLMAN,
NURSE AGRICOLTOSO, NURSE L. LABAR
and NURSE S. VERSTREATE,

                Defendants.

**NOTICE OF PETITION**

Case No. 09 CV 6223 T

**PLEASE TAKE NOTICE
OF A PETITION MADE BY**: Plaintiff

DATE, TIME AND PLACE
OF HEARING: To be determined by the Court, Federal Court House 100 State Street, Rochester, New York.

SUPPORTING PAPERS: Petition of plaintiff, sworn to on May 26, 2011 and Attorney's Affirmation of Mark J. Valerio, dated May 26, 2011.

RELIEF REQUESTED: Order approving compromise and settlement of the claim for wrongful death and conscious pain and suffering.

GROUNDS FOR RELIEF: EPTL 5-4.6

Dated: May 26, 2011
       Rochester, New York

VALERIO & KUFTA, P.C.

By: _____
Mark J. Valerio, Esq.
Attorney for Plaintiff
400 Andrews Street, Suite 620
Rochester, New York 14604
(585) 442-1040

TO: Debra Young, Esq.
   Thuillez, Ford, Gold, Butler & Young, LLP
   Attorney for Defendants
   20 Corporate Woods Blvd.
   Albany, New York  12211
   (518) 455-9952

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL SAMUELS, as Administrator of
THE ESTATE OF ORLANDO SAMUELS,

                  Plaintiff,

-vs-

COUNTY OF MONROE, THE MONROE COUNTY
SHERIFF'S DEPARTMENT, PATRICK O'FLYNN
as the Monroe County Sheriff, RONALD HARLING,
DEPUTY NEAL DESANTI, DEPUTY T. ROE,
DEPUTY A. LEISENRING, CORRECTIONAL
MEDICAL SERVICES, INC., MICHAEL LATUNJI, M.D.,
NURSE J. TRIESKY, NURSE A. HOLMAN,
NURSE AGRICOLTOSO, NURSE L. LABAR
and NURSE S. VERSTREATE,

                  Defendants.

**PETITION**

Case No. 09 CV 6223 T

---

Michael Samuels, being duly sworn, deposes and states:

1. I live at 84G Clintwood Court, Rochester, New York 14620.

2. I am the brother of the decedent, Orlando Samuels, and submit this Petition seeking approval of the proposed settlement of this action.

3. This is an action for the wrongful death and conscious pain and suffering of Orlando Samuels, who died of a heart attack on May 5, 2007 while an inmate in the Monroe County Jail.

4. On January 28, 2008 I was appointed by the Surrogate Court of Monroe County as the Guardian of the Property of decedent's sole survivor and distributee, his minor daughter Dorisha Samuels (dob   ), who was 14 years old at the time of his death. Letters of Administration were issued to me by said Court on April 21, 2008. Copies of the above

documents are attached as **Exhibit A**. The Letters of Administration have not been revoked and are presently in full force and effect. An order discharging me as Guardian of the Property of Dorisha Samuels, who turned 18 on        , was issued by the Monroe County Surrogate Court on April 19, 2011, a copy of which is attached as **Exhibit B**.

5.      At the time of my appointment as Administrator, a cause of action existed against the above defendants for the wrongful death and conscious pain and suffering of the decedent. The decedent was brought to the Monroe County Jail on a parole violation on April 27, 2007. He was a known cardiac patient and was on four medications to control his heart condition, however, he was not provided with any of his heart medications for the nine days that he was at the jail before he suffered a fatal heart attack.

6.      An action was initially commenced in Supreme Court Monroe County, and was removed to this Court by the defendants.

7.      The medical malpractice carrier for Correctional Medical Services, Inc. (CMS) is Everest Indemnity Insurance Company with policy limits of $1,000,000 per medical incident. Upon information and belief, CMS and its insurance carrier took over the defense and indemnification of the Monroe County defendants on August 16, 2010. After several years of litigation and extended settlement negotiations, the defendants have offered to settle all claims for the sum of $275,000.

8.      Petitioner believes that it is in the best interests of the distributee and the estate of the decedent, and those interested therein, to accept the settlement so offered and that this is the largest amount that can be obtained without further litigation.

9.      The grounds of petitioner's belief are that there is significant risk in pursuing the litigation further based on both the facts of this case and the law that governs the damages available on each cause of action. In the first instance, liability remains a contested issue and the defendants have retained two medical experts who have given opinions that defendants are not

liable for the decedent's death, given his past history of cocaine and alcohol abuse. With respect to damages, the claim for conscious pain and suffering of the decedent is limited to approximately 25 minutes, from the time he notified the staff of his chest pain to the time he collapsed and became unconscious. He never regained consciousness and was pronounced dead at Rochester General Hospital at approximately 8:15 a.m. The claim for loss of parental guidance is also compromised by the decedent's criminal history, and the likelihood that he would be returning to State prison as a result of his most recent parole violation. There is no claim for loss of financial support since the decedent was unemployed and receiving public assistance.

10. At the time of his death, decedent was 42 years old (dob 6/5/64), divorced and had been unemployed for several years. His only survivor and distributee was his daughter, Dorisha Samuels, who was 14 years old at the time of his death. She is of sound mind and is now 18 years old.

11. On August 26, 2008, Petitioner retained Valerio & Kufta, P.C., Mark J. Valerio, Esq., of counsel, as his attorney. A copy of the retainer agreement is attached as **Exhibit C**. In view of the results achieved, petitioner requests that the Court approve a fee as follows: that the attorney's disbursements in the sum of $9,583.86 first be deducted from the gross settlement of $275,000; that of the balance of $265,416.14 a fee of $88,472.05 or 33% be allowed, which together amount to total compensation of $98,055.91.

12. The Petitioner has not become interested in this matter at the instance of the defendants or anyone acting on defendants' behalf, directly or indirectly.

13. Funeral expenses in the amount of $4,570 were paid by Lamar Samuels, Orlando's brother; Lisa Samuel, Orlando's sister paid $1,107.08 for the casket. Both Lamar and Lisa are requesting reimbursement of those expenses. A copy of the bills for the funeral and casket are attached as **Exhibit D**. There are no unpaid medical bills or hospital bills outstanding and there are no assignments, compensation claims or liens filed with petitioner as administrator except for the following:

(a) The Monroe County Department of Social Services has submitted a claim of $62,038.41 for public assistance rendered to decedent for the years 2004-2007. This claim has been reduced to the sum of $19,428.85 and will be paid from the estate proceeds pending allocation of the settlement between the conscious pain and suffering claim and the wrongful death claim by the Monroe County Surrogate Court.

14. No previous application has been made for the relief requested herein.

**WHEREFORE**, it is respectfully requested that this Court grant an order: allowing the petitioner to compromise and settle the claims for conscious pain and suffering and wrongful death of the decedent against the defendants herein upon payment by or on behalf of the defendants in the sum of $275,000, payable jointly to Valerio & Kufta, P.C. and Michael Samuels, as Administrator of the estate of Orlando Samuels; allowing payment to Valerio & Kufta, P.C. of its expenses and attorney fees upon receipt of said funds and prior to the transfer of this matter to the Surrogate's Court; and transferring this matter to the Monroe County Surrogate's Court for allocation of the net proceeds of the settlement

Dated: May 26, 2011

_____
Michael Samuels

Sworn to before me this 26
Day of May, 2011

_____
Notary Public

MARK J. VALERIO
Notary Public, State of New York
Qualified in Monroe County
Commission Expires March 30, 2014

Exhibit A

On the Date Written Below **LETTERS OF GUARDIANSHIP** were granted by the Surrogate's Court of Monroe County, New York as follows:

| | | | |
|---|---|---|---|
| Name of Ward: | **Dorisha Ann Samuels** | File #: | **2007-1647** |
| Type of Letters Issued: | **LETTERS OF GUARDIANSHIP (PROPERTY ONLY)** | | |
| Residence of Ward: | County Of Monroe | Date of Birth: | 05-23-1992 |
| Guardian Appointed: Mailing Address: | **Michael Samuels** 130 Milford Street Apt. B-6 Rochester NY 14615 | | |
| Bank in Which All Monies are to be Deposited: | **Upstate National Bank** One West Main Street Rochester NY 14614 | | |

**LIMITATIONS: NONE**

Property of the Ward is subject to joint control with the Chief Clerk of Monroe County Surrogate Court; no withdrawals, transfers or investments are legal without Court Order; the Guardian may not receive any funds or property of the Ward except jointly with the Chief Clerk of Monroe County Surrogate Court.

THESE LETTERS, granted pursuant to a decree entered herein on this date, authorize and empower the guardian(s) above named to perform all acts requisite to the proper administration and disposition of the person, property, or person & property, (as stated above) of the ward in accordance with the decree and the laws of New York State, subject to the limitations, if any, as set forth above.

Dated: January 28, 2008

IN TESTIMONY WHEREOF, the seal of the Monroe County Surrogate's Court has been affixed.

WITNESS, Hon Edmund A Calvaruso, Judge of the Monroe County Surrogate's Court

_____
Hon. Edmund A Calvaruso

*These Letters are Not Valid Without the Raised Seal of the Monroe County Surrogate's Court*

**Guardianship Attorney**
Mark J Valerio
Valerio & Kufta
400 Andrews Street Suite 100
Rochester NY  14604

*On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:*

|  |  |
|---|---|
| Name of Decedent: | **Orlando Samuels** |
| Domicile of Decedent: | **County Of Monroe** |
| Fiduciary Appointed:<br>Mailing Address | **Michael Samuels**<br>130 Milford Street Apt. B-6<br>Rochester NY  14615 |
| Letters Issued: | **LETTERS OF ADMINISTRATION** |
| Limitations: | **NONE** |

File #:  2008-373
Date of Death: **May 5, 2007**

WITH RESPECT TO THE PROSECUTION OR ENFORCEMENT OF A CAUSE OF ACTION ON BEHALF OF THE ESTATE, NO FIDUCIARY NAMED ABOVE MAY ENFORCE ANY JUDGMENT OR RECEIVE ANY FUNDS WITHOUT FURTHER ORDER OF THIS COURT

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

**Dated:  April 21, 2008**



IN TESTIMONY WHEREOF, the seal of the Monroe County Surrogate's Court has been affixed.

WITNESS, Hon Edmund A Calvaruso, Judge of the Monroe County Surrogate's Court.

_____
Hon. Edmund A Calvaruso

*These Letters are Not Valid Without the Raised Seal of the Monroe County Surrogate's Court*

**Attorney for the Estate:**
Mark J Valerio
Valerio & Kufta
400 Andrews Street Suite 100
Rochester NY  14604

Exhibit B



SURROGATE'S COURT   STATE OF NEW YORK
COUNTY OF MONROE

---

In the Matter of the Guardianship of,

Dorisha Ann Samuels

         A Former Minor,

---

**ORDER DISCHARGING GUARDIAN**

File No. 2007-1647/A

The Petitioners having filed a Petition seeking discharge of Michael Samuels as the Guardian of the property for Dorisha A. Samuels dated April 13, 2011, and it appearing that Michael Samuels has fully administered said Guardianship of the property in accord with the provisions and Orders of this Court, and due deliberation having been had thereon, it is

**ORDERED**, that Michael Samuels is hereby released and discharged as the Guardian of the property of Dorisha A. Samuels, and from all further liability and accountability with respect to the Guardianship herein.

Dated: April 19, 2011

                                              Hon. Edmund A. Calvaruso
                                              Surrogate

Exhibit C

# VALERIO & KUFTA, P.C.

## CONTRACT FOR LEGAL SERVICES

August 26, 2008

I hereby hire the Law Firm of Valerio & Kufta, P.C. to represent me in a claim for the wrongful death of my brother, Orlando Samuels.

I agree to pay 1/3 of the "net amount" recovered as attorney's fees, the "net amount" being the amount remaining after deducting any expenses paid by Valerio & Kufta, P.C. from the total amount recovered. The legal fee is subject to approval by the Surrogate's Court.

All expenses in the litigation of my personal injury case will be my responsibility. I will give Valerio & Kufta, P.C. a deposit of $_____ to cover court filing fees, medical record fees, deposition transcripts, expert fees, copy charges, postage, etc. I will receive copies of all invoices paid against my deposit.

I hereby authorize Valerio & Kufta, P.C.:

- to sign my name to any documents involved in this case  *ms*
  other than the settlement documents and settlement checks

- to hire other lawyers to work on this matter, provided that  *ms*
  such lawyers are paid by Valerio & Kufta, P.C.

- to withhold sufficient sums of money from any recovery  *ms*
  to pay off any liens.

I WILL NOT BE CHARGED ANY FEE UNLESS THERE IS A RECOVERY.

I HAVE READ AND UNDERSTAND THIS CONTRACT.

I HAVE BEEN GIVEN A COPY OF THIS CONTRACT.

_____
Michael Samuels, as Administrator of
the Estate of Orlando Samuels

Exhibit D

# Casket Royale

137 Lafayette Road
Hampton Falls, NH 03844
800-791-4169 voice
603-967-4685 fax

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2007 | 6720 |



| Bill To | Ship To |
|---|---|
| retail050707/samuel<br>Lisa Samuel<br>9009 Red Clay Lane<br>Charlotte NC 28269<br>704-599-2822/704-649-3767 | D & M Williams Funeral Home<br>765 Elm Grove Road<br>Rochester NY 14624<br>585-247-0430<br>Attn: Orlando Samuels |

| P.O. Number | Terms | Rep | Ship | Via |
|---|---|---|---|---|
| phone order | Paid in full | TAN | 5/7/2007 | BaxGlobal |

| Qu | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | WC-Montague-18-V | 18 g-gray velvet interior (wholesale price, brother owns retail casket store in SC-Heavon On Earth casket for> Orlando Samuels | 828.00 | 828.00 |
| 1 | delivery to | | 279.08 | 279.08 |

charged to credit card

**Total**    **$1,107.08**

# D.M. Williams Funeral Home, Inc.

765 Elmgrove Road   Rochester, New York   14624
585-247-0430

## Funeral Bill Estimate

*Funeral Home Charges:*

| | |
|---|---:|
| Transfer to the funeral home | $200.00 |
| Embalming | 600.00 |
| Dressing/Casketing | 200.00 |
| Professional service charge/Arrangements | 1,250.00 |
| Supervision for visitation | 150.00 |
| Supervision for the funeral service | 200.00 |
| Facilities for visitation | 250.00 |
| Hearse | 150.00 |
| Limousine | 250.00 |
| *Burial Vault, graveliner* | 750.00 |
| Register book set | 75.00 |
| *Newspaper notice ($9 per line)* | To Be Added |
| Temporary grave marker | 25.00 |
| **Total Funeral Home Charges:** | **$4,100.00** |

*Cash Advances:*

| | |
|---|---:|
| *Riverside Cemetery* | $1,110.00 |
| *-Riverside Saturday charge* | $300.00 |
| Death certificates ($30 each) | 30.00 |
| Motorcycle escort | 145.00 |
| Burial Equipment (device, chairs, tent, grass) | 135.00 |
| **Total Cash Advances** | **$1,720.00** |

| | |
|---|---:|
| **Total Funeral Charges** | **$5,820.00** |
| Social Service Stipend | -$1,250.00 |
| | $4,570.00 |