UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

MICHAEL SAMUELS, as Administrator of
THE ESTATE OF ORLANDO SAMUELS,

                Plaintiff,

-vs-

COUNTY OF MONROE, THE MONROE COUNTY
SHERIFF'S DEPARTMENT, PATRICK O'FLYNN
as the Monroe County Sheriff, RONALD HARLING,
DEPUTY NEAL DESANTI, DEPUTY T. ROE,
DEPUTY A. LEISENRING, CORRECTIONAL
MEDICAL SERVICES, INC., MICHAEL LATUNJI, M.D.,
NURSE J. TRIESKY, NURSE A. HOLMAN,
NURSE AGRICOLTOSO, NURSE L. LABAR
and NURSE S. VERSTREATE,

                Defendants.

CERTIFICATE OF SERVICE
Case No. 09 CV 6223 T

      I hereby certify that on May 31, 2011 I electronically filed the Notice of Petition to Approve Settlement, the Petition and Supporting Affirmation of Mark J. Valerio, Esq., with the Clerk of the Western District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

      1.      Debra Young      dyoung@thuillezford.com

      And I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:  NA

June 2, 2011

Valerio & Kufta, P.C.

*[signature]*

Mark J. Valerio
Attorneys for Plaintiff
400 Andrews Street, Suite 620
Rochester, New York 14604
mvalerio@valerioandkufta.com
(585) 442-1040